```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                   Case No. 15-18538-mdc
Norman G. Bey                                            Chapter 13
        Debtor                CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia         Page 1 of 2            Date Rcvd: Sep 08, 2016
                          Form ID: pdf900        Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db             +Norman G. Bey,    1230 North 29th Street,    Philadelphia, PA 19121-4539
cr             +Benjamin Kevitch,    18 Southport Lane, Apartment A,    Boynton Beach, FL 33436-6417
13647310       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13647313       +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
13647314       +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
13647315       +Cibik and Cataldo, P.C.,    1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
13647319      #+Credit Solutions Corp,    5454 Ruffin Rd Suite 200,    San Diego, CA 92123-1313
13647320       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13647321       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13730027       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
13647323       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13647324        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13647325       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2016 01:48:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:50     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2016 01:48:30
                 Commonwealth of PA Department of Revenue,    Bureau of Compliance,    Department 280946,
                 Harrisburg, PA 17128-0946
13647317       +E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:49     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13647318       +E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:49     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13647322        E-mail/Text: cio.bncmail@irs.gov Sep 09 2016 01:48:18     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13657023        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2016 01:48:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13647311        American Loan, LLC
13647312        Benjamin Kevitch
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13647316*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                             TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2                  User: Virginia                     Page 2 of 2                   Date Rcvd: Sep 08, 2016
                                      Form ID: pdf900                    Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of PA Department of Revenue
               cmomjian@attorneygeneral.gov
              DANIEL S COVAL    on behalf of Debtor Norman G. Bey DCoval@amillerlaw.com
              DANIEL S COVAL    on behalf of Creditor Benjamin   Kevitch DCoval@amillerlaw.com
              DANIEL S COVAL    on behalf of Defendant Benjamin L. Kevitch DCoval@amillerlaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Norman G. Bey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Norman G. Bey ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Norman G. Bey ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                  :
                                                                        :
NORMAN BEY                                                              :   CHAPTER 13
                                                                        :
                                                                        :   BKY. NO. 15-18538MDC
                                                                        :
        (Debtor)                    :

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      **Promptly after the expiration of the time period set forth in paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

By the Court:

Date: 9/8/16

HON. MAGDELINE D. COLEMAN,
U. S. Bankruptcy Judge