**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:               :        CHAPTER 13
Norman G. Bey

DEBTOR            :        BKY. NO.   15-18538mdc13

## ORDER APPROVING COUNSEL FEE

AND NOW, this _6th_ day of _October_ 2016, in consideration of the foregoing Application for APPROVAL of **Counsel** Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$7,500.00** is approved and the balance due counsel in the amount of **$5,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Norman Bey
1230 North 29th Street
Philadelphia, PA 19121

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119