United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18538-mdc
Norman G. Bey                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia          Page 1 of 1          Date Rcvd: Oct 07, 2016
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.
db         +Norman G. Bey,  1230 North 29th Street,   Philadelphia, PA 19121-4539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   JPMorgan Chase Bank, National Association
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      CAROL E. MOMJIAN    on behalf of Creditor   Commonwealth of PA Department of Revenue
       cmomjian@attorneygeneral.gov
      DANIEL S COVAL    on behalf of Creditor Benjamin   Kevitch DCoval@amillerlaw.com
      DANIEL S COVAL    on behalf of Defendant Benjamin L. Kevitch DCoval@amillerlaw.com
      DANIEL S COVAL    on behalf of Debtor Norman G. Bey DCoval@amillerlaw.com
      MICHAEL A. CATALDO2    on behalf of Plaintiff Norman G. Bey ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CATALDO2    on behalf of Debtor Norman G. Bey ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Norman G. Bey ecf@ccpclaw.com, igotnotices@ccpclaw.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
       james.feighan@phila.gov
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13
Norman G. Bey

DEBTOR                                    :        BKY. NO.   15-18538mdc13

### ORDER APPROVING COUNSEL FEE

AND NOW, this _6th_ day of _October_ 2016, in consideration of the foregoing Application for APPROVAL of **Counsel** Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$7,500.00** is approved and the balance due counsel in the amount of **$5,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Norman Bey
      1230 North 29th Street
      Philadelphia, PA 19121

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119